DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Bayview Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN A. SAMET,<br><br>    Plaintiff,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>TRANS UNION, LLC,<br><br>    Defendants. | Case No. 2:18-cv-00581-GMN-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Steven A. Samet (**Samet**) and Defendant Bayview Loan Servicing, LLC (**Bayview**), hereby stipulate and agree that Bayview shall have up to and including **May 14, 2018**, to file its response to the plaintiff's complaint. The complaint was filed on March 30, 2018, and Bayview was served on April 2, 2018.

44952731;1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 17th day of April, 2018.

| **AKERMAN LLP** | **HAINES & KRIEGER, LLC** |
|---|---|
| /s/Natalie L. Winslow<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>Telephone: (702) 634-5000<br>Facsimile: (702) 380-8572<br><br>*Attorneys for Bayview Loan Servicing, LLC* | /s/David H. Krieger<br>DAVID H. KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>Telephone: (702) 880-5554<br>Facsimile: (702) 385-5518<br><br>*Attorney for Steven A. Samet* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-19-2018

2

44952731;1