Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN A. SAMET,<br><br>        Plaintiff,<br><br>vs.<br><br>BAYVIEW LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br><br>        Defendants. | Case No.: 2:18-cv-00581-GMN-GWF<br><br><br>**STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Trans Union LLC, from the above captioned action, with prejudice. Each party will bear its own fees and costs.

STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE - 1

IT IS SO STIPULATED.

Dated August 10, 2018.

| **KNEPPER & CLARK LLC** | **AKERMAN LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Natalie L. Winslow* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com | Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Natalie L. Winslow, Esq.<br>Nevada Bar No. 12125<br>Email: darren.brenner@akerman.com<br>Email: natalie.winslow@akerman.com |
| David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>dkrieger@hainesandkrieger.com | *Counsel for Defendant*<br>*Bayview Loan Servicing, LLC.* |
| *Counsel for Plaintiff* | |
| **LEWIS BRISBOIS BISGAARD & SMITH** | **SNELL & WILMER LLP** |
| /s/ *Jason Revzin* | /s/ *Bradley T. Austin* |
| Jason Revzin, Esq.<br>Nevada Bar No. 8629<br>Email: jason.revzin@lewisbrisbois.com | Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>Email: baustin@swlaw.com |
| *Counsel for Defendant Trans Union LLC* | *Counsel for Defendant*<br>*Equifax Information Services, LLC* |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF TRANS UNION LLC WITH PREJUDICE

**IT IS SO ORDERED.**

DATED this __21__ day of August, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT