David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, STEVEN A. SAMET*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN A. SAMET,<br><br>Plaintiff,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:18-cv-00581-GMN-GWF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>EQUIFAX ONLY</u>** |

Plaintiff STEVEN A. SAMET and Defendant EQUIFAX INFORMATION SERVICES, LLC; ~~TRANS UNION, LLC~~ hereby stipulate and agree that the

…

…

…

…

…

…

…

above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EQUIFAX INFORMATION SERVICES, LLC; ~~TRANS UNION, LLC~~**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: January 3, 2019

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/Bradley T. Austin, Esq.
Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER, LLP
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
*Attorney for Defendant*

**ORDER**

**IT IS SO ORDERED**.
**DATED** this __8__ day of January, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court