Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN A. SAMET, | Case No. 2:18-cv-00581-GMN-GWF |
| Plaintiff, | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| vs. | |
| BAYVIEW LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, | |
| Defendants. | |

SNELL & WILMER L.L.P. hereby requests that it and all of its listed attorneys be removed from the CM/ECF service list for this matter because Equifax Information Services, LLC has been dismissed since January 8, 2019.

SNELL & WILMER L.L.P. specifically requests removal of the following attorneys from the service list: Bradley T. Austin, Esq.

Respectfully submitted, this 10th day of January, 2019.

SNELL & WILMER LLP

By: /s/ *Bradley Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169
Email: baustin@swlaw.com
*Attorneys for Defendant*
*Equifax Information Services LLC*

IT IS SO ORDERED:

*/s/ George Foley Jr.*
_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 11, 2019