UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| STEVEN A. SAMET, | Case No. 2:18-cv-00581-GMN-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| BAYVIEW LOAN SERVICING, *et al.*, | |
| Defendants. | |

This matter is before the Court on Defendant's Motion to Partially Unseal Motion to File Exhibit Under Seal (ECF No. 46), filed April 2, 2019. Upon review and consideration, the Court finds good cause exists to grant Defendant's request to partially unseal the Motion to File Exhibit A Under Seal (ECF No. 41). Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Partially Unseal Motion to File Exhibit Under Seal (ECF No. 46) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall unseal ECF No. 41 with ECF No. 41-1 to remain sealed.

Dated this 8th day of April, 2019.

*George Foley Jr.*

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1