Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

George H. Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Email: ghaines@hainesandkrieger.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| STEVEN A. SAMET, | Case No. 2:18-cv-00581-GMN-EJY |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL OF BAYVIEW LOAN SERVICING, LLC WITH PREJUDICE** |
| v. | |
| BAYVIEW LOAN SERVICING, LLC, | Complaint filed: April 28, 2018 |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff Steven Samet ("Plaintiff") and Defendant Bayview Loan Servicing LLC ("Bayview") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

There are no longer any issues in this matter between Plaintiff and Bayview to be determined by the Court, and Bayview is the only remaining defendant. Plaintiff hereby stipulates that all of his claims and causes of action against Bayview, which were or could have been the

subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

IT IS SO STIPULATED.

Dated April 29, 2020.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**HAINES & KRIEGER, LLC**<br>George H. Haines, Esq., SBN 9411<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Email: ghaines@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | **AKERMAN LLP**<br><br>/s/ *Rex Garner*<br>Natalie L. Winslow, Esq., SBN 12125<br>Darren T. Brenner, Esq., SBN 8386<br>Rex D. Garner, Esq., SBN 9401<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>Email: natalie.winslow@akerman.com<br>Email: darren.brenner@akerman.com<br>Email: rex.garner@akerman.com<br><br>*Counsel for Defendant*<br>*Bayview Loan Servicing, LLC* |

## ORDER GRANTING STIPULATION OF DISMISSAL OF BAYVIEW LOAN SERVICING, LLC WITH PREJUDICE

**IT IS SO ORDERED.**
Dated this 30 day of April, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430